# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Thomas E. Underwood and Donald E. Lee, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Case No. 2:13-cv-14464
Hon. Laurie J. Michelson

Carpenters Pension Trust Fund - Detroit
and Vicinity Pension Plan ("Plan") and
Trustees of the Plan,

Defendants.

**CLASS ACTION**

_____

| | |
|---|---|
| Eva T. Cantarella (P51917) | Edward J. Pasternak (P58766) |
| Bradley J. Schram (P26337) | John I. Tesija (P36709) |
| Robert P. Geller (P34391) | Novara Tesija PLLC |
| Hertz Schram PC | 2000 Town Center, Ste. 2370 |
| 1760 S. Telegraph Rd., Ste. 300 | Southfield, MI 48075 |
| Bloomfield Hills, MI 48302 | o. 248-354-0380; f. 248-354-0393 |
| o. 248-335-5000; f. 248-3353346 | ejp@novaratesija.com |
| ecantarella@hertzschram.com | tesija@novaratesija.com |
| *Attorneys for the Class* | *Attorneys for Defendants* |

_____

**UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT FOR
BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND
ATTORNEYS' FEES UNDER ERISA §502(g)(1)**

Pursuant to Local Rule 7.1(d)(3), Plaintiffs Thomas E. Underwood and Donald

E. Lee request that the Court enlarge the page limit respecting the brief in support of

their Motion for Costs and Attorneys' Fees Under ERISA §502(g)(1). The reasons

in support of this motion are that (i) recovering the costs and attorneys fees incurred in prosecuting this action is necessary to make the Class members as whole as possible because any other recovery obtained for the Class members will be reduced by any common fund fees awarded, (ii) in order to provide the Court with a thorough discussion of the points and arguments in support of awarding the statutory costs and fees requested, it was necessary to slightly exceed the 25-page limit, and (iii) <u>the motion is unopposed</u>.

Therefore, Plaintiffs request that the Court enlarge the page limit respecting the brief in support of their Motion for Costs and Attorneys' Fees Under ERISA §502(g)(1) to 26 pages. A proposed Order has been submitted through the Court's CM/ECF Utilities function, and has been emailed to Defendants' attorneys.

Respectfully submitted December 23, 2015

/s/ Eva T. Cantarella
Eva T. Cantarella (P51917)
Robert P. Geller (P26337)
Bradley J. Schram (P34391)
Hertz, Schram PC
1760 S. Telegraph Rd., Ste. 300,
Bloomfield Hills, MI 48302
o. 248-335-5000; f. 248-335-3346; ecantarella@hertzschram.com
*Attorneys for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, I served on the below counsel for Defendants (i) Unopposed Motion to Enlarge the Page Limit for Brief in Support of Plaintiffs' Motion for Costs And Attorneys' Fees Under ERISA §502(g)(1), and (ii) this Certificate of Service, via the Court's CM/ECF system.  I also uploaded to the Court a proposed Order via the CM/ECF Utilities function and emailed the proposed Order to the below counsel for Defendants.

Edward J. Pasternak (P58766)
John I. Tesija (P36709)
Novara Tesija PLLC
2000 Town Center, Ste. 2370
Southfield, MI 48075
o. 248-354-0380; f. 248-354-0393
ejp@novaratesija.com
tesija@novaratesija.com
*Attorneys for Defendants*

                                                      /s/ Eva T. Cantarella
                                                      Eva T. Cantarella (P51917)
                                                      ecantarella@hertzschram.com
                                                      *Attorney for the Class*