UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas E. Underwood and Donald E. Lee, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.                                                       Case No. 2:13-cv-14464
                                                        Hon. Laurie J. Michelson

Carpenters Pension Trust Fund - Detroit
and Vicinity Pension Plan ("Plan") and
Trustees of the Plan,

Defendants.                                      **CLASS ACTION**

_____

| Eva T. Cantarella (P51917) | Edward J. Pasternak (P58766) |
| Bradley J. Schram (P26337) | John I. Tesija (P36709) |
| Robert P. Geller (P34391) | Novara Tesija PLLC |
| Hertz Schram PC | 2000 Town Center, Ste. 2370 |
| 1760 S. Telegraph Rd., Ste. 300 | Southfield, MI 48075 |
| Bloomfield Hills, MI 48302 | o. 248-354-0380; f. 248-354-0393 |
| o. 248-335-5000; f. 248-3353346 | ejp@novaratesija.com |
| ecantarella@hertzschram.com | tesija@novaratesija.com |
| *Attorneys for Class* | *Attorneys for Defendants* |

_____

**ORDER ENLARGING PAGE LIMIT FOR BRIEF IN SUPPORT OF
MOTION FOR COMMON FUND ATTORNEYS' FEES,
COSTS AND EXPENSES, AND INCENTIVE AWARDS TO
THE NAMED PLAINTIFFS**

      The Court having considered Class Counsel's request to enlarge the page limit for Brief in

Support of Motion for Common Fund Attorneys' Fees, Costs and Expenses, and Incentive Awards

1

to the Named Plaintiffs ("Brief"), and finding that the page limit for said Brief should be enlarged,

**GRANTS** the request and **ENLARGES THE PAGE LIMIT for the Brief to 50 pages.**

|  |  |
|---|---|
| | s/Laurie J. Michelson |
| | LAURIE J. MICHELSON |
| Dated: November 22, 2016 | U.S. DISTRICT JUDGE |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 22, 2016.

                                                           s/Keisha Jackson
                                                           Case Manager